**CRIMINAL MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **CASE NO.** 2:21-cr-13 | **DATE** 2/16/2021 | **TIME** 10:21-10:55 |

**USA v.** Yordon Velazquez Victoria    **TAPE NO.** FTR-BWK-CR2

**BEFORE BENJAMIN W. CHEESBRO, U.S. MAGISTRATE JUDGE**    **INTERPRETER:** Laura Garcia-Hein
**TIPS Line**

| | | |
|---|---|---|
| X | **DEFENDANT PRESENT** | |
| X | **COUNSEL FOR DEFENDANT** | Mario Pacella, appointed |
| X | **ASSISTANT U.S. ATTORNEY** | Tania Groover |
| X | **DEPUTY CLERK** | Kim Mixon |
| X | **U.S.P.O** | Fonda Dixon |
| X | **U.S. MARSHAL** | X Jay Ciambrone    X Marty Fitzgurls    Jason Parnell |
| X | **INITIAL APPEARANCE** | X **ARRAIGNMENT** |

X DEFENDANT _____ ARRESTED ON _____   X CUSTODY OF USM ON   2/16/2021

X COPY OF   X INDICTMENT   _____ INFORMATION GIVEN TO DEFENDANT

X DEFENDANT ADVISED OF RIGHTS

X DEFENDANT WAIVES FORMAL READING OF THE INDICTMENT

X PRETRIAL SERVICES REPORT FURNISHED TO COUNSEL AND COURT

X CONSULAR NOTIFICATION RIGHTS EXPLAINED

_____ PREPARE ORDER OF TEMPORARY DETENTION

_____ REQUEST BY AUSA THAT THE DEFENDANT BE DETAINED WITHOUT BOND PENDING TRIAL

CJA AFFIDAVIT PROVIDED. MARIO PACELLA APPOINTED COUNSEL FOR DEFENDANT YORDON VELAZQUEZ VICTORIA. DEFENDANT PLED NOT GUILTY.

DISCOVERY ADDRESSED. GOVERNMENT PROVIDES THE SCOPE AND VOLUME OF DISCOVERY IN THIS CASE. DEFENSE TO PROVIDE 500 GB HARDRIVE TO GOVERNMENT FOR DISCOVERY UPLOAD. PRETRIAL MOTIONS DUE 90 DAYS FROM TODAY WITH 30 DAY RESPONSE DEADLINE. MOTIONS DEADLINE TIME TO BE EXCLUDED FROM SPEEDY TRIAL CLOCK. SCHEDULING ORDER TO FOLLOW. COURT ADVISED PARTIES OF GOVERNMENT'S DISCLOSURE OBLIGATIONS UNDER FRCrP 5(f)(1) and *Brady v. Maryland*.

DETENTION ADDRESSED. USPO RECOMMENDS BOND WITH CONDITIONS. GOVERNMENT DOES NOT OPPOSE. DEFENDANT RELEASED ON $10,000 UNSECURED APPEARANCE BOND. ORDER SETTING CONDITIONS TO FOLLOW.