# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NOS: 2:21-cr-13 |
| ) | |
| vs. ) | |
| ) | |
| YORDON VELAZQUEZ VICTORIA, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS

COMES NOW the defendant, Yordon Velazquez Victoria, by and through his undersigned Counsel moves this Court for an order compelling the Government to disclose the name, address, and present whereabouts of any participating confidential informants relative to this investigation, an din support thereof shows this Court the following:

1. On information and belief, the Government has received information related to the investigation from a confidential informant or informants.

2. On information and belief, said confidential informant(s) is(are) a participating confidential informant within the meaning of *Roviaro v. United States*, 353 U.S. 53 (1957).

3. It is absolutely necessary for the Defendant to interview any such witness prior to trial in the above-captioned action in order to ensure the Defendant effective assistance of counsel.

4. No danger or risk of harm would be posed by the granting of this request.

## MEMORANDUM OF LAW IN SUPPORT OF MOTION
## FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS

In support of this Motion, the Defendant relies on *Brady v. Maryland*, 373 U.S. 83 (1963) and *Roviaro v. United States*, 353 U.S. 53 (1957). In *Roviaro*, the United States Supreme Court held that it was a fundamental requirement of fairness that the name of a confidential informant should be disclosed where his/her testimony was relevant and helpful to the defense or where such testimony was essential to a fair determination of the issue. See also, *McAllister v. Brown*, 555 F.2d 1277 (5th Cir. 1977).

WHEREFORE, the Defendant respectfully prays that this Court issue an order requiring the Government to disclose the name, address, and present whereabouts of any participating confidential informants who have provided information relative to the investigation of the above-styled case, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted this 29th day of June, 2021.

s/Mario Pacella
Mario A. Pacella, #558519
Attorney for Yordon Velazquez Victoria

STROM LAW FIRM, LLC
Post Office Box 1635
Brunswick, Georgia 31521
Phone No.: (912) 264-6465
Facsimile No.: (912) 264-6470
mpacella@stromlaw.com

## **CERTIFICATE OF SERVICE**

I, Mario A. Pacella, counsel for Yordon Velasquez Victoria, certify that I have served all counsel of record Defendant's Motion for Disclosure of Confidential Informants via the Court's CM/ECF system on this the 29th day of June, 2021.

s/Mario Pacella
Mario A. Pacella, # 558519
Attorney for Yordon Velazquez Victoria

STROM LAW FIRM, LLC
Post Office Box 1635
Brunswick, Georgia 31521
Phone No.: (912) 264-6465
Facsimile No.: (912) 264-6470
mpacella@stromlaw.com