UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:21-CR-13 |
| | ) | |
| YORDON VELAZQUEZ VICTORIA | ) | |

## JOINT STATUS REPORT

The United States of America, through the undersigned Assistant United States Attorney, and Defendant, through his attorney, state that with the exception of the pretrial motions listed in the table below, all other pretrial motions have been satisfied or otherwise resolved.

The following pretrial motion will require a ruling from the Court:

| Motion Title | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| Def. Motion for Disclosure of Statements by Defendant to Third Persons, Doc. 37 | N | N | N |
| Def. Special Motion for Immediate Discovery of Audio Recordings, Doc. 42 | N | N | N |
| Gov't's Mot. For Discovery, Doc. 44 | N | N | N |

Respectfully submitted,

| | |
|---|---|
| */s/Tania D. Groover* | *s/ Mario Pacella* |
| Tania D. Groover | Mario A. Pacella |
| Assistant United States Attorney | Georgia Bar No. 558519 |
| Georgia Bar No. 127947 | Attorney for Defendant |
| Post Office Box 8970 | STROM LAW FIRM, LLC |
| Savannah, Georgia 31412 | Post Office Box 1635 |
| Telephone: (912) 652-4422 | Brunswick, GA 31521 |
| tania.groover@usdoj.gov | (912) 264-6465 |
| | mpacella@stromlaw.com |