# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR221-13**  DATE **09/08/2021**

TITLE **USA v. Yordon Victoria**

TIMES **11:30 - 11:33**  TOTAL **3 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**   Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**   Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Tania Groover | Mario Pacella | |

PROCEEDINGS : **Telephonic Status Conference**    ☐ In Court    ☑ In Chambers

Case called for status conference.
Notice of plea agreement has been filed on the docket.
Rule 11 date forthcoming.

(Rev 7/2003)    GENERAL CLERK'S MINUTES